# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH REIFEN and <br> RIVKA REIFEN, h/w <br><br> Plaintiffs, <br><br> v. <br><br> LIG ASSOCIATES, L.P., et al. <br><br> Defendants. | CIVIL ACTION <br><br> No. 11-6853 |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs, by and through their undersigned counsel, hereby voluntarily dismiss the above-captioned matter without prejudice pursuant to 41(a)(A)(1)(i).

                                                        KOLMAN ELY, P.C.

                                        By:   /s/ Timothy M. Kolman, Esquire
                                                   Timothy M. Kolman, Esquire

January 30, 2012